

# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2019

No. 04-18-00700-CV

**IN RE** Stephen Patrick **BLACK**,

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. CV-15-1805
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Stephen Patrick Black's motion for extension of time to file a motion for rehearing is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court